UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Ayme Cardenas                                    Case No.: . 23-10455-RAM
                                                           Chapter 13

_____Debtor(s)_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the Motion to Waive Wage Deduction Order and Notice of Hearing to all interested parties on May 3, 2023 as follows:

Electronically:

Nancy K. Neidich, Trustee

Via First Class Mail:

Debtor(s), Ayme Xiomara Cardenas
204 E 64 Street
Hialeah, FL 33013

All creditors on the mailing matrix.

| Respectfully submitted: | **Jose A. Blanco, P.A.** |
|---|---|
| May 3, 2023 | By: */s/ Jose A. Blanco* \| FBN: 062449 |
| | Attorney for Debtor(s) |
| | 102 E 49th ST |
| | Hialeah, FL 33013, |
| | Tel. (305) 349-3463 |
| | E-mail: jose@blancopa.com |