**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:   Ayme Xiomara Cardenas                               Case No.: 23-10455-RAM
                                                             Chapter 13

_____Debtor(s)_____/

## OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

     This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

     If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

     If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule
3018(a) temporarily allowing your claim for voting purposes.

     The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

☐   301 North Miami Avenue, Room 150, Miami, FL 33128

☐ Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Debtor objects to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 5 | Department of the Treasury / Internal Revenue Service | $3,951.46 |

Basis for Objection and Recommended Disposition
On or about June 9, 2023, Creditor filed a general unsecured proof of claim in the amount of $3,951.46 and a priority amount of $3,944.66 for taxes for the years 2021 and 2022. Debtor objects to the 2021 portion of the claim as it was previously paid in full and seeks to strike and disallow this claim as it was paid. The Debtor objects to the amount of the 2022 taxes since the Debtor filed her taxes for 2022 and the total amount owed was $1,607.00. Thus, the Debtor requests the claim be

amended to reflect the proper liability or, in the alternative, the Debtor requests the claim be allowed with a general and priority amount of $1,607.00.

WHEREFORE the above-mentioned Debtor, respectfully requests that the Court grant the relief sought herein.

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was sent on August 16, 2023 electronically to Nancy K. Neidich, Trustee and mailed via U.S. First-Class Mail, unless otherwise noted, to:

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service,
7850 S.W. 6th Court, Stop 5730
Ft. Lauderdale, FL 33324-3202

Internal Revenue Service
POB 21126
Philadelphia, PA 19114

Internal Revenue Service
Attn: Priscilla R. Boyd, Bankruptcy Spec.
1248 North University Dr., M/S 5730
Plantation, FL 33322

Honorable Merrick B. Garland,
Attorney General of the United States,
Department of Justice, Room 4400,
950 Pennsylvania Avenue N.W.,
Washington, D.C. 20530-0001;

Honorable Markenzy Lapointe
US Attorney for Southern District of FL,
99 N.E. 4th Street,
Miami, FL 33132;

Special Assistant United States Attorney,
c/o IRS Counsel (SBSE),
51 S.W. 1st Avenue, P.O. Box 9,
Miami, FL 33130;

Honorable Merrick Garland, Attorney
General of the United States,
Department of Justice, Room 4400,
950 Pennsylvania Avenue N.W.,
Washington, D.C. 20530-0001;

U.S. Attorney's Office
c/o Civil Process Clerk
99 N.E. 4th Street
Miami, Fl. 33132

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:
**JOSE A. BLANCO, P.A.**
By: */s/ Jose A. Blanco*  |         FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013
Tel. (305) 349-3463

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).