

ORDERED in the Southern District of Florida on September 21, 2023.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:    Ayme Xiomara Cardenas          Case No.: 23-10455-RAM

Chapter 13

_____Debtor(s)_____/

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF DEPARTMENT OF THE TREASURY / INTERNAL REVENUE SERVICE [# 5]

    This matter having been considered without hearing upon the Debtor's Objection to Claim[s] of Department of the Treasury / Internal Revenue Service [Claim# 5] [DE #__49___], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Debtor's objection to the following claim is sustained:

LF-24 (rev. 12/01/09)

| Claim holder | Claim No. |
|---|---|
| Department of the Treasury / Internal Revenue Service | 5 |

Disposition: The claim is allowed only with an unsecured general and priority amount of $1,607.00.

###

Respectfully Submitted:
Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:    (305) 349-3463
Fax:   (786) 567-5057
E-Mail: jose@blancopa.com

Jose A. Blanco, P.A shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

LF-24 (rev. 12/01/09)