UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Ayme Cardenas                                     Case No.: 23-10455-RAM
                                                            Chapter 13

_____Debtor(s)_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through the undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On January 20, 2023 the instant case was filed.

2. On June 28, 2023 Debtor's Chapter 13 plan was confirmed.

3. On November 2, 2023, Creditor, Department of the Treasury, filed a priority unsecured amended proof of claim in the amount of $1,607.00 for 2022 income taxes.

4. Debtor desires to modify the plan in order to provide for the priority creditor.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtor's FIRST Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on November 3, 2023:  to all parties on the service list.

Respectfully submitted:          **Jose A. Blanco, P.A.**
November 3, 2023             By: */s/ Jose A. Blanco* | FBN: 062449
                                              Attorney for Debtor(s)
                                              102 E 49th ST
                                              Hialeah, FL 33013,
                                              Tel. (305) 349-3463
                                              E-mail: jose@blancopa.com